**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.: 21-po-445** |
| | * | |
| **SALMAN R AHMAD** | * | |
| | * | |

*******

**GOVERNMENT'S MOTION TO DISMISS**

The United States of America, by and through undersigned counsel, moves to dismiss the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: __________/s/____________________
Shabnam Aryana
Special Assistant United States Attorney
Bar No. 71732
United States Courthouse
6500 Cherrywood Lane, Room 200
Greenbelt, Maryland 20770
301-344-0865; 301-344-0213 (fax)
Shabnam.aryana@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.: 21-po-445** |
| | * | |
| **SALMAN R AHMAD** | * | |
| | * | |
| | ******* | |

**ORDER**

Upon Motion by the United States, it is hereby ORDERED, that the above-entitled case be DISMISSED.

__________________________________
United States Magistrate Judge

______________________________
Date