**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | * | |
| | Plaintiff(s) | * | |
| vs. | | * | Case No.: 8:21−po−00445−CBA |
| | | * | Magistrate Judge C. Bruce Anderson |
| Salman R Ahmad | | * | |
| 9505 Teaberry LN<br>Parkville, MD 21234 | | * | |
| | Defendant(s) | * | |

*****

---

**ORDER OF DISMISSAL**

Upon the application of the United States of America, it is hereby ORDERED this day that the above−captioned case is dismissed.

Date: September 1, 2022

_____________/s/______________
C. Bruce Anderson
United States Magistrate Judge